**STEPTOE LLP**
JULIA B. STRICKLAND (SBN 83013)
jstrickland@steptoe.com
JULIETA STEPANYAN (SBN 280691)
jstepanyan@steptoe.com
ALI FESHARAKI (SBN 316559)
afesharaki@steptoe.com
SHARON K. BROWN (SBN 176706)
shbrown@steptoe.com
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400
Facsimile: (213) 439-9598
Email: *docketing@steptoe.com*

Attorneys for Defendant
  BMW FINANCIAL SERVICES NA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN PETROSYAN, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company,<br><br>            Defendant. | Case No. 2:24-cv-5393<br><br>**NOTICE OF REMOVAL**<br><br>Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446<br><br>[Formerly Orange County Superior Court Case No. 30-2024-01376049-CU-CO-CJC] |

**TO THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant BMW Financial Services NA, LLC ("BMW FS") hereby removes the action titled <u>Tigran Petrosyan v. BMW Financial Services NA, LLC et al.</u>, Case No. 30-2024-01376049-CU-CO-CJC (the "Action"), from the Superior Court of the State of California, County of Orange, to the United States District Court, Central District of California, on the following grounds:

1. <u>Removal Is Timely</u>. On January 29, 2024, plaintiff Tigran Petrosyan ("Plaintiff") (a California resident) filed the Complaint against BMW FS (a Delaware limited liability company) and Shelly Automotive, LLC ("Shelly") (a Delaware limited liability company with its principal place of business in California). On February 23, 2024, Plaintiff served the Complaint on BMW FS. On March 7, 2024, Plaintiff filed a First Amended Complaint ("FAC") against BMW FS and Shelly. On that same date, Plaintiff served the FAC on BMW FS. On April 15, 2024, at Plaintiff's request, Shelly was dismissed from the Action. Also on April 15, 2024, Plaintiff amended the FAC and added Irvine Eurocars, LLC ("Irvine Eurocars") (a Delaware limited liability company with its principal place of business in California) as a defendant. On May 29, 2024, at Plaintiff's request, Irvine Eurocars was dismissed from the Action, making the Action removable. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b)(3) and (c)(1) because it was filed within 30 days of the dismissal of Irvine Eurocars, the non-diverse defendant, from the Action, and within one year of commencement of the action.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process and orders served on or by BMW FS in the Action are attached hereto as the Exhibits identified below:

| Exhibit | Description |
|---|---|
| A | Summons and Complaint |
| B | FAC |

- 2 -

NOTICE OF REMOVAL

| | |
|---|---|
| C | Notice of Case Management Conference |
| D | BMW FS's Answer and Affirmative Defenses to FAC |
| E | Amendment to FAC |
| F | Irvine Eurocars' Notice of Demurrer and Demurrer to FAC |
| G | Irvine Eurocars' Notice of Motion and Motion to Strike FAC |
| H | Irvine Eurocars' Notice of Related Case |
| I | Dismissal of Shelly |
| J | Irvine Eurocars' Withdrawal of Demurrer and MTS FAC |
| K | Dismissal of Irvine Eurocars |

3. <u>The Court Has Jurisdiction Over the Action</u>. The Action is a civil action of which this Court has diversity of citizenship jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by BMW FS pursuant to 28 U.S.C. § 1441(a)-(b).

4. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1).

5. Complete diversity exists between the parties that remain in the Action. Plaintiff alleges that he is a resident of California and that BMW FS is a limited liability company ("LLC") organized under the laws of Delaware with its principal place of business in New Jersey. (FAC ¶¶ 1, 2.) For diversity purposes, the citizenship of an LLC is based on the citizenship of all of its members.

See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Platoon Invs., LLC v. Zapata, 2014 WL 12695570, *1 (C.D. Cal. Feb. 14, 2014, No. CV 14-477-GW (MANx) (quoting Johnson).  BMW FS's sole member is BMW of North America, LLC—a Delaware LLC with its principal place of business in New Jersey.  The sole member of BMW of North America, LLC is BMW U.S. Holding Corp.—a Delaware corporation with its principal place of business in New Jersey.  For purposes of determining diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State by which it has been incorporated and of the State ... where it has its principal place of business." 3123 SMB LLC v. Horn, 880 F.3d 461, 462–63 (9th Cir. 2018) (citing 28 U.S.C. § 1332(c)(1)).  Accordingly, for diversity purposes, Plaintiff is a citizen of California, and BMW FS is a citizen of Delaware and New Jersey.

6. BMW FS is the only named defendant that remains in the Action.  The inclusion of "Doe" defendants in the FAC has no effect on BMW FS's ability to remove the Action.  Fristoe v. Reynolds Metals Co., 615 F.2d 1209, 1213 (9th Cir. 1980) ("[T]he unknown defendants sued as 'Does' need not be joined in a removal petition.").

7. Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs.  By his FAC, Plaintiff seeks damages in the amount of $281,593.53.  (See FAC, Prayer for Relief.)  The jurisdictional amount is therefore met.  See Guglielmino v. McKee Foods Corp., 506 F.3d 696, 700 (9th Cir. 2007) (holding that aggregation of all relief sought, including "common law and statutory damages, exemplary and punitive damages," as well as attorneys' fees, is proper when evaluating whether amount in controversy satisfied); Kroske v. U.S. Bank Corp., 432 F.3d 976, 980 (9th Cir. 2005), as amended on denial of reh'g and reh'g en banc (Feb. 13, 2006) (same).

8. <u>Venue Is Proper In This Court</u>.  Removal to the United States District Court for the Central District of California is proper because this District embraces Orange County, California, the county in which the Action is pending.  <u>See</u> 28 U.S.C. § 1441(a).

9. <u>Notice Will Be Effected</u>.  Pursuant to 28 U.S.C. § 1446(d), BMW FS is filing a copy of this Notice of Removal with the Superior Court of the State of California for the County of Orange, where the Action was filed.  BMW FS will serve all parties with copies of this Notice of Removal and the Notice filed in state court.

10. WHEREFORE, BMW FS prays that the Action be removed from the Orange County Superior Court and that this Court assume jurisdiction over the Action, and that no further proceedings be had in state court.

Dated:  June 25, 2024                    STEPTOE LLP


                                          By:    */s/ Julieta Stepanyan*
                                                 Julieta Stepanyan

                                                 Attorneys for Defendant
                                                    BMW FINANCIAL SERVICES NA, LLC

- 5 -
NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024 a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Julieta Stepanyan*
Julieta Stepanyan

*Via U.S. Mail:*

Hovanes Margarian, Esq.
Armen Margarian, Esq.
Shushanik Margarian, Esq.
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, CA  91204
hovanesm@margarianlaw.com
armen@margarianlaw.com
shushanik@margarianlaw.com