# EXHIBIT C

Hovanes Margarian, SBN 246359
hovanesm@margarianlaw.com
Armen Margarian, SBN 313775
armenm@margarianlaw.com
Shushanik Margarian, SBN 318617
shushanik@margarianlaw.com
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, California 91204
Telephone Number: (818) 553-1000
Facsimile Number: (818) 553-1005

Attorneys for Plaintiff
TIGRAN PETROSYAN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## THE COUNTY OF ORANGE

| | |
|---|---|
| TIGRAN PETROSYAN, an individual, | Case No.: 30-2024-01376049-CU-CO-CJC |
| Plaintiff, | *Assigned for all Purposes to the Hon. Sandy Leal, Dept. C33* |
| vs. | **NOTICE OF CASE MANAGEMENT CONFERENCE** |
| BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; SHELLY AUTOMOTIVE, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, | DATE: 07/09/2024 TIME: 09:00 AM DEPT: C33 |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

-1-

NOTICE OF CASE MANAGEMENT CONFERENCE

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that the Case Management Conference in the above-referenced matter has been set for 07/09/2024, at 09:00 AM, in Department C33 of the Central Justice Center, located at 700 W. Civic Center Drive, Santa Ana, CA 92701. Specific details regarding the Court's requirements and orders are outlined in the Court's Notice of Hearing Case Management Conference, a copy of which is attached herein and marked as Exhibit A.

DATED: 04/03/2024

                                              THE MARGARIAN LAW FIRM
                                              462 West Colorado Street
                                                Glendale, California 91204

                                              By: _/s/ Hovanes Margarian_
                                            Hovanes Margarian
                                          Attorney for Plaintiff
                                            TIGRAN PETROSYAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

NOTICE OF CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FOR COURT USE ONLY**<br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLANTIFF: Tigran Petrosyan | |
| DEFENDANT: BMW Financial Services NA, LLC et.al. | **Jan 31, 2024**<br>Clerk of the Superior Court<br>By: **G. GALON**, Deputy |
| Short Title: PETROSYAN VS. BMW FINANCIAL SERVICES NA, LLC | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01376049-CU-CO-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>07/09/2024</u> at <u>09:00:00 AM</u> in Department <u>C33</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: _C. Cerdon_____ , Deputy

**PROOF OF SERVICE**
TIGRAN PETROSYAN vs. BMW FINANCIAL SERVICES NA, LLC, et al.
Case No.: 30-2024-01376049-CU-CO-CJC

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the County of Los Angeles, State of California; my business address is The Margarian Law Firm, 462 West Colorado Street, Glendale, California 91204.

On the date below I served a true copy, with all exhibits, of the following document(s):

**NOTICE OF CASE MANAGEMENT CONFERENCE**

On all interested parties in this action addressed as follows:

**STEPTOE & JOHNSON LLP**
**2029 Century Park East, 18th Floor**
**Los Angeles, CA 90067**
**Telephone: 213-439-9400**
**Facsimile: 213-439-9599**
**Sharon K. Brown (SBN 176706)**
**Julieta Stepanyan (SBN 280691)**
**Ali Fesharaki (SBN 316559)**
**Emails: shbrown@steptoe.com**
**JStepanyan@steptoe.com**
**afesharaki@steptoe.com**

Attorneys for Defendant: BMW FINANCIAL SERVICES NA, LLC

**SCHLICHTER, SHONACK & KEETON, LLP**
**2381 Rosecrans Ave., Suite 326**
**El Segundo, CA 90245**
**O: (310) 643-0111**
**F: (310) 643-1638**
**Kurt A. Schlichter (SBN 172385)**
**Steve Shonack (SBN 173395)**
**Adam Zamost (SBN 305655)**
**Emails: kas@ssandkattorneys.com**
**scs@ssandkattorneys.com**
**acz@ssandkattorneys.com**
**kab@ssandkattorneys.com**

Attorneys for Defendant: SHELLY AUTOMOTIVE, LLC

☒ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) using e-mail address (eservice@margarianlaw.com) to the e-mail address designated for each party identified above.

☒ **(STATE)** I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on 04/03/2024, in Glendale, California.

*/s/ Hovanes Margarian*
***Hovanes Margarian***