# EXHIBIT D

Electronically Filed by Superior Court of California, County of Orange, 04/04/2024 01:16:00 PM.
30-2024-01376049-CU-CO-CJC - ROA # 17 - DAVID H. YAMASARI, Clerk of the Court By J. Edwards, Deputy Clerk.
Case 2:24-cv-05393 Document 1-4 Filed 06/25/24 Page 2 of 8 Page ID #:115

Julia B. Strickland (SBN 83013)
*jstrickland@steptoe.com*
Julieta Stepanyan (SBN 280691)
*jstepanyan@steptoe.com*
Ali Fesharaki (SBN 316559)
*afesharaki@steptoe.com*
Sharon K. Brown (SBN 176706)
*shbrown@steptoe.com*
**STEPTOE LLP**
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:    213-439-9400
Facsimile:    213-439-9599
Email:    *docketing@steptoe.com*

Attorneys for Defendant
  BMW FINANCIAL SERVICES NA, LLC

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**THE COUNTY OF ORANGE**

| | |
|---|---|
| TIGRAN PETROSYAN, an individual, | Case No. 30-2024-01376049-CU-CO-CJC |
| Plaintiff, | **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT BMW FINANCIAL SERVICES NA, LLC TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** |
| vs. | |
| BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; SHELLY AUTOMOTIVE, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive, | |
| Defendants. | |

Defendant BMW Financial Services NA, LLC ("BMW FS") responds to the First Amended Complaint for Damages (the "FAC") of plaintiff Tigran Petrosyan ("Plaintiff") and asserts the following affirmative defenses:

### ANSWERING STATEMENT

This dispute arises out of Plaintiff's misunderstanding of the contractual provisions contained in the lease agreement he entered into with BMW FS. Based on the allegations of the FAC, Plaintiff seeks to recover "equity" in the leased vehicle at issue. But unlike a financed purchase, in which the customer owns the vehicle (thereby realizing any gain or loss in the vehicle's value), under a lease contract, the lessor retains ownership of the vehicle. As a result, the lessee has no "equity" in the vehicle and the lessor is the only party entitled to realize any gain or loss in the vehicle's value.

With respect to the lease agreement at issue here, on or about January 30, 2020, Plaintiff entered into a Motor Vehicle Lease Agreement (the "Lease") with Irvine BMW for the lease of a 2019 BMW M850I X-Drive Coupe. The Lease was subsequently assigned to BMW FS.

While the Lease contains a provision addressing a purchase-option during the course of the lease, the Lease unambiguously states that if the vehicle is damaged/destroyed in an accident, BMW FS has the right to terminate the Lease. On or about July 7, 2020, the vehicle was involved in an accident and Plaintiff's insurance carrier declared the vehicle to be a total loss. BMW FS then exercised its agreed-upon right to terminate the Lease.

Accordingly, Plaintiff's assertions that he is entitled to the proceeds that were correctly paid to BMW FS, that BMW FS acted unfairly or deceptively, or that he is entitled to any damages or injunctive relief arising under any cause of action asserted, either in common law or in statute, fail as a matter of fact and law.

### GENERAL DENIAL

BMW FS denies, generally and specifically, in the conjunctive and disjunctive, each and every cause of action and allegation contained within the FAC, and the FAC as a whole, and further denies that the relief requested by Plaintiff is appropriate and/or that damages were

sustained, or that BMW FS's conduct was objectionable, unreasonable, or unlawful, or that BMW FS was negligent in any way. BMW FS further denies that, by reason of any act, fault, carelessness, or omission on its part, Plaintiff has been injured, damaged, or harmed in any way or in any amount whatsoever, or at all, by reason of any acts or omissions of BMW FS.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, BMW FS alleges the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

1. The FAC fails to set forth facts sufficient to state a claim against BMW FS.

### SECOND AFFIRMATIVE DEFENSE
**(Ratification)**

2. Plaintiff ratified the conduct alleged in the FAC and therefore is barred from recovery against BMW FS.

### THIRD AFFIRMATIVE DEFENSE
**(Waiver)**

3. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE
**(Estoppel)**

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE
**(Consent/Acquiescence)**

5. Through Plaintiff's own conduct, acts, omissions, contractual promises and agreements, Plaintiff consented to and acquiesced in BMW FS' conduct.

**SIXTH AFFIRMATIVE DEFENSE**

**(Laches)**

6. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Apportionment)**

7. BMW FS is not legally responsible with respect to the damages that may be claimed by Plaintiff as a result of the matters alleged in the FAC; however, if BMW FS is found to be legally responsible in any manner, then it alleges that its legal responsibilities are not the sole and proximate cause of the injuries and the damages awarded, if any, are to be apportioned in accordance with the fault and legal responsibility of all non-BMW FS parties, persons and entities, or the agents, servants and employees of such non-BMW FS parties, persons and entities, who contributed to and/or caused said damages, according to proof presented at the time of trial.

**EIGHTH AFFIRMATIVE DEFENSE**

**(No Injury)**

8. The FAC is barred because Plaintiff suffered no injury as a result of any alleged act or practice of BMW FS.

**NINTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

9. Although BMW FS denies that Plaintiff suffered any damages, to the extent any damages have been suffered, Plaintiff failed to mitigate those damages.

**TENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

10. Plaintiff is precluded from any recovery from BMW FS, or any such recovery must be reduced, as a result of Plaintiff's failure to do equity in the matters alleged in the FAC.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

11. Plaintiff failed to exercise reasonable and ordinary care, caution or prudence in order to avoid incurring the alleged damages sought by the FAC; thus, the damages, if any, sustained by Plaintiff, were proximately caused and contributed to by Plaintiff's own negligence.

## TWELFTH AFFIRMATIVE DEFENSE

### (Independent/Intervening Conduct of Third Parties)

12. The FAC, and each purported claim alleged therein, is barred, in whole or in part, because any damage sustained by Plaintiff, which BMW FS denies, was the direct and proximate result of the independent, intervening, negligent and/or unlawful conduct of independent third parties or its agents, beyond the control of BMW FS.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Arbitration)

13. Plaintiff's claims are subject to binding, individual arbitration, pursuant to the arbitration provision contained in the applicable lease agreement.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

14. BMW FS expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

WHEREFORE, BMW FS prays as follows:

(1) That Plaintiff take nothing by virtue of this action;

(2) That judgment be entered against Plaintiff and in favor of BMW FS;

(3) That BMW FS be awarded its attorney's fees and costs incurred; and

(4) For such other and further relief as the Court deems just and proper.

1  Dated: April 4, 2024                    STEPTOE LLP
2
3                                          By:  */s/ Julieta Stepanyan*
4                                               Julia B. Strickland
                                                Julieta Stepanyan
5                                               Ali Fesharaki
                                                Sharon K. Brown
6
                                           Attorneys for Defendant
7                                               BMW FINANCIAL SERVICES NA, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6
DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, 18th Floor, Los Angeles, CA 90067.

On April 4, 2024, I served true copies of the following document(s) described as **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT BMW FINANCIAL SERVICES NA, LLC TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** on the interested parties in this action as follows:

Hovanes Margarian, Esq.             Attorneys for Plaintiff
Armen Margarian, Esq.
Shushan Margarian, Esq.
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, CA 91204
Email(s): *hovanesm@margarianlaw.com;*
*armen@margarianlaw.com;*
*shushanik@margarianlaw.com*

☑   **(VIA E-MAIL)** Pursuant to California Rule of Court 2.251(a) and Code of Civil Procedure § 1010.6, I caused the documents to be sent to the persons at their respective email addresses as listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 4, 2024, at Los Angeles, California.

*/s/ Regina Harcourt*
Regina Harcourt

PROOF OF SERVICE