# EXHIBIT J

**SCHLICHTER, SHONACK & KEETON, LLP**
KURT A. SCHLICHTER, Bar No. 172385
ADAM C. ZAMOST, Bar No. 305655
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638
kas@ssandkattorneys.com
acz@ssandkattorneys.com
**Please Include Service to**: kab@ssandkattorneys.com

Attorneys for Defendant IRVINE
EUROCARS, LLC

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| TIGRAN PETROSYAN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; SHELLY AUTOMOTIVE, LLC, A Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No. 30-2024-01376049-CU-CO-CJC<br>Complaint filed January 29, 2024<br>Unlimited Jurisdiction<br>Assigned to Hon. Sandy Leal (Dept. C-33)<br><br>**DEFENDANT IRVINE EUROCARS, LLC'S NOTICE OF WITHDRAWAL OF DEMURRER AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date Off-Calendar:  June 20, 2024<br>Time:  10:00 a.m.<br>Department:  C-33 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT defendant IRVINE EUROCARS, LLC ("defendant" or "Irvine Eurocars") hereby withdrawals its demurrer and motion to strike plaintiff TIGRAN PETROSYAN's ("plaintiff" or "Petrosyan") first amended complaint, previously scheduled for

1

DEFENDANT IRVINE EURICARS, LLC'S NOTICE OF WITHDRAWAL OF DEMURRER AND
MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

1    June 20, 2024, at the hour of 10:00 a.m. in Department C-33 of the above-entitled court located

2    at 700 W. Civic Center Drive, Santa Ana, California 92701.

3

4

5    Dated: June 5, 2024                           Respectfully Submitted,

6                                                  SCHLICHTER, SHONACK & KEETON, LLP

7

8

9                                                  _____

10                                                 By:  KURT A. SCHLICHTER
                                                         ADAM C. ZAMOST
11                                                 Attorneys for Defendant IRVINE EUROCARS,
                                                   LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**DEFENDANT IRVINE EURICARS, LLC'S NOTICE OF WITHDRAWAL OF DEMURRER AND
MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

1

<u>PROOF OF SERVICE</u>

2

State of California            )
3
                                 ) SS.
County of Los Angeles     )

4

5

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My address is 14735 Condon Avenue, Lawndale, CA 90260.

6

7

       On the date below, I served the foregoing document described as **DEFENDANT IRVINE EUROCARS, LLC'S NOTICE OF WITHDRAWAL OF DEMURRER AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT** on all interested parties in this action as follows:

8

9

10

       Hovanes Margarian, Esq.         *Attorney for plaintiff*
11
       Armen Margarian, Esq.          *Tigran Petrosyan*
       Shushanik Margarian, Esq.
12
       THE MARGARIAN LAW FIRM
       462 West Colorado Street
13
       Glendale, CA 91204
14
       (818) 553-1000
       Fax No. (818) 553-1005
15
       *hovanesm@margarianlaw.com*
       *armenm@margarianlaw.com*
16
       *shushanik@margarianlaw.com*

17

       Julia B. Strikland, Esq.          *Attorneys for defendant*
18
       Julieta Stepanyan, Esq.         *BMW Financial Services NA,*
       Ali Fesharaki, Esq.              *LLC*
19
       STEPTOE LLP
20
       2029 Century Park East, 18th Floor
       Los Angeles, CA 90067
21
       (213) 439-9400
       Fax No. (213) 439-9599
22
       *jstrickland@steptoe.com*
23
       *jstepanyan@steptoe.com*
       *afesharaki@steptoe.com*
24
       *shbrown@steptoe.com*
       *docketing@steptoe.com*

25

26

       I served the foregoing document by electronic transmission from email address *snw@ssandkattorneys.com* to all interested parties at the email addresses set forth above.  The above-described electronic transmission was reported as complete and without error.

27

28

3

**DEFENDANT IRVINE EURICARS, LLC'S NOTICE OF WITHDRAWAL OF DEMURRER AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

1
2
        I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3
        Executed on June 5, 2024, at El Segundo, California.

4
5
                                            _____
                                            STEPHANIE WHEELER
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
**DEFENDANT IRVINE EURICARS, LLC'S NOTICE OF WITHDRAWAL OF DEMURRER AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**