# EXHIBIT K

Electronically Filed by Superior Court of California, County of Orange, 05/29/2024 11:34:00 PM.
30-2024-01376049-CU-CO-CJC - ROA # 31 - DAVID H. YAMASAKI, Clerk of the Court By L. Arnold, Deputy Clerk.
Case 2:24-cv-05393 Document 1-17 Filed 06/25/24 Page 2 of 3 Page ID #:194

**CIV-110**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 246359<br>NAME: HOVANES MARGARIAN<br>FIRM NAME: THE MARGARIAN LAW FIRM<br>STREET ADDRESS: 462 WEST COLORADO STREET<br>CITY: GLENDALE STATE: CA ZIP CODE: 91204<br>TELEPHONE NO.: (818) 553-1000 FAX NO.: (818) 553-1005<br>E-MAIL ADDRESS: hovanesm@margarianlaw.com<br>ATTORNEY FOR (Name): TIGRAN PETROSYAN, an individual | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa ANA, CA 92701
BRANCH NAME: Central Justice Center

Plaintiff/Petitioner: TIGRAN PETROSYAN
Defendant/Respondent: BMW FINANCIAL SERVICES NA, LLC, et al.

| REQUEST FOR DISMISSAL | CASE NUMBER:<br>30-2024-01376049-CU-CO-CJC |
|---|---|

**A conformed copy will not be returned by the clerk unless a method of return is provided with the document.**

**This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice  (2) ☒ Without prejudice
   b. (1) ☐ Complaint  (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): on (date):
      (4) ☐ Cross-complaint filed by (name): on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):* Dismissal of IRVINE EUROCARS, LLC only from the complaint.

2. (Complete in all cases except family law cases.)
   The court ☐ did ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 05/29/2024
HOVANES MARGARIAN

/s/ Hovanes Margarian

(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)   (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)   (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner  ☐ Defendant/Respondent
☐ Cross Complainant

*(To be completed by clerk)*
4. ☒ Dismissal entered as requested on (date): 05/29/2024
5. ☐ Dismissal entered on (date): as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed  ☐ means to return conformed copy

Date: 05/29/2024   Clerk, by _L. Arnold_, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

DAVID H. YAMASAKI, Clerk of the Court

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

**CIV-110**

| | |
|---|---|
| Plaintiff/Petitioner: TIGRAN PETROSYAN<br>Defendant/Respondent: BMW FINANCIAL SERVICES NA, LLC, et al. | CASE NUMBER:<br>30-2024-01376049-CU-CO-CJC |

> **COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
> If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):*   Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____                    ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)                                       (SIGNATURE)

CIV-110 [Rev. January 1, 2013]                **REQUEST FOR DISMISSAL**                                Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]